```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSVALDO GUZMAN,

                Plaintiff,

     - against -

UNITED STATES POSTAL SERVICE, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-4415 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Plaintiff filed this case on May 17, 2021. A summons issued on May 18, 2021. Since then, there has been no activity; there is no indication that process has been served, and there has been no appearance by a defendant. The time for service of process expired on or about August 18, 2021. Accordingly, by **January 20, 2022**, Plaintiff shall voluntarily dismiss the case or shall file a letter with the Court explaining why this case should not be dismissed for failure to prosecute

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
       New York, New York

Copies transmitted this date to all counsel of record.