UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OSVALDO GUZMAN,

                Plaintiff,

     -against-                                   21-cv-4415 (LAK)

UNITED STATES POSTAL SERVICE, et ano.,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendants' motion to dismiss the action for lack of subject matter jurisdiction (Dkt 15) is granted substantially for the reasons set forth in the report and recommendation of Magistrate Judge Robert W. Lehrburger to which no objection has been filed. The Clerk shall close the case.

      SO ORDERED.

Dated:     December 5, 2022

                                               Lewis A. Kaplan
                                           United States District Judge