UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSVALDO GUZMAN,

                Plaintiff,

-against-                                  21 **CIVIL** 4415 (LAK)

## **JUDGMENT**

UNITED STATES POSTAL SERVICE, et ano.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 5, 2022, Defendants' motion to dismiss the action for lack of subject matter jurisdiction is granted substantially for the reasons set forth in the report and recommendation of Magistrate Judge Robert W. Lehrburger to which no objection has been filed; accordingly, the case is closed.

**Dated:**  New York, New York

       December 5, 2022

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                     **BY:**    K. Mango

                                                                       **Deputy Clerk**